UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN RAY ARD, | ) | 1:03-CV-5338 AWI TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO DISMISS AND DISMISSING PETITION |
| | ) | |
| RAYMOND ANDREWS, Warden | ) | (Document #17) |
| | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 1, 2006, the Magistrate Judge issued a Report and Recommendation that recommended Respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed as moot.  This Report and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Report and Recommendation issued December 1, 2006, is ADOPTED IN FULL;

3    2. Respondent's motion to dismiss is GRANTED (document #17); and

4    3. The petition for writ of habeas corpus is DISMISSED as moot.

6  IT IS SO ORDERED.

7  **Dated:    March 19, 2007**                             **/s/ Anthony W. Ishii**
   0m8i78                                                    UNITED STATES DISTRICT JUDGE